# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TONYA GAMBINO, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>    Defendant. | Civil Action No.: 2:24-cv-00146 |
| MICHAEL MEYERSON, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>    Defendant. | Civil Action No.: 2:24-cv-00147 |
| LAURA RUSSELL, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>    Defendant. | Civil Action No.: 2:24-cv-00148 |

| | |
|---|---|
| LARRY DAVIS, *individually and on behalf of all others similarly situated,*<br><br>　　Plaintiff,<br><br>　　v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>　　Defendant. | Civil Action No.: 2:24-cv-00149 |
| ROBERT HICKMAN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>　　Defendant. | Civil Action No.: 2:24-cv-00150 |
| VIRGINIA DEMEL-DUFF, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>　　Defendant. | Civil Action No.: 2:24-cv-00151 |

**PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND
APPOINT INTERIM CLASS COUNSEL**

Plaintiffs in the above-captioned cases, *Gambino v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-146 ("*Gambino*"); *Meyerson v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-147 ("*Meyerson*"); *Russell v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-148

2

("*Russell*"); *Davis v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-149 ("*Davis*"); *Hickman v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-150 ("*Hickman*"); and *Demel-Duff v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-151 ("*Demel-Duff*") (together, the "Related Actions"), hereby move this Court to an order consolidating the Related Actions.

Plaintiffs also seek, pursuant to Fed. R. Civ. P. 23(g), the appointment of Mason A. Barney of Siri & Glimstad LLP, Bryan Bleichner of Chestnut Cambronne, P.A., and Jeff Ostrow of Kopelowitz Ostrow, P.A. as Interim Co-Lead Class Counsel and Daniel Srourian of Srourian Law Firm, P.C. and Brooke Murphy of Murphy Law Firm as members of the Executive Committee, to collectively lead this litigation and help assure the orderly prosecution of the eventual consolidated action.

This Motion also seeks to stay all case deadlines in the Related Actions during the pendency of this Motion, including deadlines for Defendant to respond to the respective complaints. Plaintiffs request that Defendant's response to the respective complaints be set as follows: if the Court grants this Motion, then forty-five (45) days from the filing of a Consolidated Complaint; or if the Court denies this Motion, then forty-five (45) days from the date of the Court's order of denial. In addition, in the event Defendant's response is a motion to dismiss, Plaintiffs request the following briefing schedule: 30 days to file their opposition brief, and 21 days for Defendant to file a reply brief. Further, Plaintiffs request Defendant be granted leave of court pursuant to Local Rule 7 to file a reply brief in support of its motion to dismiss.

As discussed in detail in the accompanying Memorandum: a) the Related Actions involve common parties and similar issues of law and fact; b) the putative class representatives in each of the Related Actions seek to represent similar classes of persons (collectively referred to herein as the "Class") whose personal information was provided to and maintained by Defendant and

compromised in the data security incident that is the subject of the Related Actions (the "Data Breach"); c) Plaintiffs and the proposed Class were similarly impacted by the Breach; d) the Related Actions arise out of similar circumstances, making consolidation under Federal Rule of Civil Procedure 42(a) appropriate; and (e) the appointment of Proposed Interim Class Counsel is in the best interests of the putative class in that it will provide efficiencies to the parties and the Court and will avoid uncertainty and confusion as to who may speak for the putative Class.

This Motion is supported by the contemporaneously filed Memorandum and exhibits attached thereto.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' request and consolidate the Related Actions, establish the briefing schedule outlined therein, and appoint Interim Class Counsel.

Dated: May 1, 2024.                    Respectfully submitted,

/s/ David E. Bauer
David E. Bauer, Maine Bar No. 3609
443 Saint John Street
Portland, Maine 04102
(207) 804-6296
David.edward.bauer@gmail.com

/s/ Mason A. Barney
Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Counsel for Plaintiff Tonya Gambino and the Putative Class*

/s/ Bryan L. Bleichner
Bryan L. Bleichner*

Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612)-336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Counsel for Plaintiff Michael Meyerson and the Putative Class*

/s/ Jeff Ostrow
Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Boulevard, Suite 500
 Fort Lauderdale, Florida 33301
Phone:  954-525-4100
ostrow@kolawyers.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
866.252.0878
gklinger@milberg.com

*Counsel for Plaintiff Laura Russell and the Putative Class*

/s/ Daniel Srourian
Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email:  daniel@slfla.com

*Counsel for Plaintiff Robert Hickman and the Putative Class*

/s/ A. Brooke Murphy
A. Brooke Murphy*
**MURPHY LAW FIRM**

5

        4116 Wills Rogers Pkwy, Suite 700
        Oklahoma City, OK 73108
        Telephone: (405) 389-4989
        abm@murphylegalfirm.com

*Counsel for Plaintiff Demel-Duff and the Putative Class*

\* *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 1, 2024.

/s/
David E. Bauer