## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| TONYA GAMBINO, *individually and on behalf of all others similarly situated,*<br><br>     Plaintiff,<br><br>v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>     Defendant. | Civil Action No.: 2:24-cv-00146 |
| MICHAEL MEYERSON, *individually and on behalf of all others similarly situated,*<br><br>     Plaintiff,<br><br>v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>     Defendant. | Civil Action No.: 2:24-cv-00147 |
| LAURA RUSSELL, *individually and on behalf of all others similarly situated,*<br><br>     Plaintiff,<br><br>v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>     Defendant. | Civil Action No.: 2:24-cv-00148 |

| | |
|---|---|
| LARRY DAVIS, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>    v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>    Defendant. | Civil Action No.: 2:24-cv-00149 |
| ROBERT HICKMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>    Defendant. | Civil Action No.: 2:24-cv-00150 |
| VIRGINIA DEMEL-DUFF, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BERRY, DUNN, MCNEIL & PARKER, LLC,<br><br>    Defendant. | Civil Action No.: 2:24-cv-00151 |

## **(PROPOSED) ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CLASS COUNSEL**

This matter having come before the Court on certain Plaintiffs' Motion to Consolidate

Cases and Appoint Interim Class Counsel and incorporated Memorandum of Law in Support of

Motion to Consolidate Cases and Appoint Interim Class Counsel, and due notice having been served on all parties thereto;

IT IS HEREBY ORDERED THAT:

1.    The Related Actions *Gambino v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-146 ("*Gambino*"); *Meyerson v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-147 ("*Meyerson*"); *Russell v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-148 ("*Russell*"); *Davis v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-149 ("*Davis*"); *Hickman v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-150 ("*Hickman*"); and *Demel-Duff v. Berry, Dunn, McNeil & Parker, LLC*, Case No. 2:24-cv-151 ("*Demel-Duff*") shall be consolidated for all purposes. The *Gambino* case is designated as the lead case (hereafter, the "Consolidated Action"). All papers filed in the Consolidated Action shall be filed under Case No. 2:24-cv-146 and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: Berry, Dunn, McNeil & Parker Data Security Incident Litigation | Lead Case No. 2:24-cv-00146 |

2.    All future-filed, removed, or transferred actions related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 in that they are based on the same or similar facts and circumstances shall be consolidated into the Consolidated Action.

3.    If the Court determines the case is related and should be consolidated, the Clerk of

Court SHALL:

    a.  Place a copy of this Order in the separate file for such action;

    b.  Serve on Plaintiffs' counsel in the new case a copy of this Order;

    c.  Direct that this Order be served upon Defendant in the new case; and

    d.  Make an appropriate entry in the Master Docket.

4.     All pending deadlines and hearings in the Related Actions are stricken.

5.     In the event a future case that arises out of the same subject matter as the Consolidated Action is hereafter filed in this Court or transferred from another court, defense counsel shall promptly serve a copy of this Order on the attorneys for the plaintiff(s) in the newly filed case and promptly notify the Court so it may determine if the newly filed case should be consolidated in the Consolidated Action.

6.     Mason A. Barney of Siri & Glimstad LLP, Bryan Bleichner of Chestnut Cambronne, P.A., and Jeff Ostrow of Kopelowitz Ostrow, P.A. shall serve as Interim Co-Lead Counsel.

7.     Interim Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8.     Interim Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or settlement discussion, other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Interim Co-Lead Counsel.

9.      Defendant's counsel may rely upon all agreements made with Interim Co-Lead Counsel, or other duly authorized representative of Interim Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10.     Daniel Srourian of Srourian Law Firm, P.C. and Brooke Murphy of Murphy Law Firm shall serve as Plaintiffs' Executive Committee members and are authorized to share in all responsibilities attendant to prosecution of this litigation at the direction of Interim Co-Lead Counsel.

11.     The mere communication of otherwise privileged information among and between Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the attorney work product immunity, as the Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.

12.     Interim Co-Lead Counsel are directed to consult and file a consolidated class action complaint within forty-five (45) days of the entry of this Order.

13.     Defendant shall have forty-five (45) days after the filing of the consolidated class action complaint to answer or otherwise respond. If Defendant's response is a motion to dismiss, Plaintiffs shall have thirty (30) days to file a response thereto, and Defendant shall then have twenty-one (21) days to file its reply.

14.     This Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED:**

Dated: _____, 2024

_____

United States District Judge