**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: Berry, Dunn, McNeil & Parker Data Security Litigation | Lead Case No. 2:24-cv-00146-JAW |

**JOINT MEDIATION STATUS REPORT, NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES PENDING APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to this Court's July 17, 2024 Order, ECF #62, Plaintiffs, and Defendants, Berry, Dunn, McNeil & Parker, LLC ("BerryDunn"), and ZZ Enterprises, LLC d/b/a Reliable Networks ("Reliable Networks"), submit this Joint Status Report, Notice of Settlement, and Motion to Stay All Deadlines Pending Approval of Class Action Settlement.[1]

1. On September 23, 2024, Plaintiffs and Defendants attended an all-day mediation before the Hon. David E. Jones (Ret.) of Resolute Systems, LLC. Plaintiffs and Defendants made progress during the 11-hour mediation and exchanged several settlement proposals, but were unable to reach a resolution. At the conclusion of the mediation, Judge Jones advised Plaintiffs and Defendants that the following day, Judge Jones would provide Plaintiffs and Defendants with a "mediator's proposal" to attempt to bridge the gap between Plaintiffs and Defendants to facilitate Plaintiffs and Defendants reaching a settlement in principle.

---

[1] After being advised that Plaintiffs and Defendants had scheduled a September 23, 2024 private mediation, the Court granted a consented to extension for Defendants to respond to Plaintiffs' Consolidated Class Action Complaint. ECF #62. The Court ordered that Plaintiffs and Defendants "shall file a joint status report regarding settlement by September 30, 2024. If the matter is not reported as settled, Defendant shall answer or otherwise respond to Plaintiff's Complaint by October 31, 2024. If Defendant's response is a motion to dismiss or other motion, Plaintiff's response to that motion shall be due by December 2, 2024 and Defendant's reply shall be due by December 31, 2024." ECF #62.

2. On September 24, 2024, Judge Jones communicated to Plaintiffs and Defendants a mediator's proposal that would permit Plaintiffs and Defendants to reach a settlement in principle.

3. With an extension, Judge Jones permitted Plaintiffs and Defendants to communicate their acceptance or rejection of Judge Jones' mediator's proposal on or before today, September 30, 2024.

4. Earlier today, Judge Jones advised Plaintiffs and Defendants that Plaintiffs, Defendant, BerryDunn, and Defendant, Reliable Networks, had accepted Judge Jones' mediator's proposal.

5. Plaintiffs and Defendants accordingly advise the Court that they have reached a settlement in principle as of today, September 30, 2024.

6. Given their settlement, Plaintiffs and Defendants request the Court stay all case deadlines, including any deadline for Defendants to respond to Plaintiffs' Consolidated Class Action Complaint, ECF #60, pending the filing of a comprehensive settlement agreement along with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, which the Parties anticipate filing within 45 days of today, or December 14, 2024.

Dated this 30th day of September, 2024.

        Respectfully Submitted,

        */s/ Sigmund D. Schutz*
        Sigmund D. Schutz, Esq.
        Preti Flaherty LLP
        P.O. Box 9546
        Portland, Maine 04112-9546
        (207) 791-3000
        sschutz@preti.com

        */s/ David M. Ross*
        David M. Ross, Esq., admitted pro hac vice
        Wilson Elser LLP
        1500 K Street, NW, Suite 330
        Washington, DC 20005
        (202) 626-7687
        david.ross@wilsonelser.com

        *Attorneys for Defendant*
        *Berry, Dunn, McNeil & Parker, LLC*

        */s/ Nancy Kelly*
        Nancy Kelly, Esq.
        Jay S. Gregory, Esq.
        Shaun D. Loughlin, Esq.
        Gordon Rees Scully Mansukhani, LLP
        28 State Street- Suite 1050
        Boston, Massachusetts 02109
        (857) 504-2023
        nkelly@grsm.com
        jgregory@grsm.com
        sloughlin@grsm.com

        *Attorneys for Defendant ZZ Enterprises, LLC d/b/a Reliable Networks*

/s/ David E. Bauer
David E. Bauer, Esq.
443 Saint John Street
Portland, Maine 04102
(207) 804-6296
david.edward.bauer@gmail.com

Mason A. Barney, Esq., admitted pro hac vice
Tyler J. Bean, Esq., admitted pro hac vice
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
(212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Bryan L. Bleichner, admitted pro hac vice
Philip J. Krzeski, admitted pro hac vice
Chestnut Cambronne PA
100 Washington Avenue South, Suite 1700
Minneapolis, Minnesota 55401
(612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Jeff Ostrow, admitted pro hac vice
Kopelowitz Ostrow P.A.
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
(954) 525-4100
ostrow@kolawyers.com

*Interim Co-Lead Counsel for Plaintiffs*