UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TONYA GAMBINO, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) CIVIL NO. 2:24-cv-00146-JAW |
| BERRY DUNN MCNEIL & PARKER LLC, et al. | ) |
| Defendant(s), | ) |

## JUDGMENT

In accordance with the Final Approval Order entered by U.S. District Judge, John A. Woodcock, Jr. on June 6, 2025.

JUDGMENT is hereby entered dismissing the action with prejudice, on the merits.

ERIC M. STORMS
ACTING CLERK

By:  /s/ Michelle Thibodeau
     Deputy Clerk

Dated: June 9, 2025